| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (CA SBN 34097) |
| | MGoldman@mofo.com |
| 2 | JAMES P. BENNETT (CA SBN 65179) |
| | JBennett@mofo.com |
| 3 | LORI SCHECHTER (CA SBN 139728) |
| | LSchechter@mofo.com |
| 4 | PAUL FLUM (CA SBN 104424) |
| | PaulFlum@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
| | Telephone: (415) 268-7000 |
| 7 | Facsimile: (415) 268-7522 |
| 8 | Attorneys for Defendant |
| | McKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH, | Case No.   CV-10-4743 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OPPOSE AND REPLY TO MCKESSON'S MOTION TO DISMISS** |
| v. | |
| MCKESSON CORPORATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendant McKesson Corporation ("McKesson") and Plaintiff State of Utah ("Utah"), by and through their undersigned attorneys, stipulate and request a time modification as follows:

WHEREAS, on December 22, 2010, McKesson filed its motion to dismiss the Complaint (the "Motion") in the above referenced matter (*see* Docket No. 14);

WHEREAS, pursuant to Local Rule 7-2(a), McKesson noticed the hearing on the Motion for January 28, 2011;

WHEREAS, pursuant to Local Rule 7-3(a) and (c), Utah's opposition to the Motion is due on January 7, 2011, and McKesson's reply is due on January 14, 2011;

1    WHEREAS, on December 23, 2010, Utah requested a courtesy extension of one week to file its opposition;

2    WHEREAS, Utah also agreed to extend an extra week to McKesson on reply;

3    WHEREAS, a one-week extension on both the opposition and reply would make Utah's opposition due on January 14, 2011, McKesson's reply due on January 28, 2011, and would require the hearing to be moved to February 11, 2011; and,

4    WHEREAS, pursuant to Local Rule 6-2(a)(2), the parties state that the only previous time modification in this action was the stipulated extension of time for McKesson to respond to the Complaint (*see* Docket No. 7);

NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY STIPULATE AND AGREE, through their counsel of record, as follows:

1. Utah shall file its opposition to McKesson's motion to dismiss the Complaint on or before January 14, 2011.

2. McKesson shall file its reply on or before January 28, 2011.

3. The hearing shall be moved to February 11, 2011, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: January 3, 2011

MELVIN R. GOLDMAN
PAUL FLUM
LORI A. SCHECHTER
JAMES P. BENNETT
MORRISON & FOERSTER LLP

By:  /s/ Paul Flum
        Paul Flum

425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
McKESSON CORPORATION

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 3, 2011 | JEFF. D. FRIEDMAN<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| 4 | | By: /s/ Jeff D. Friedman<br>      Jeff D. Friedman |

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

Joseph W. Steele
STEELE & BIGGS, LLC
5664 South Green Street
Salt Lake City, UT  84123
Telephone:  (801) 266-0999
Facsimile:   (801) 266-1387
jwsteele5@att.net

James L. Ward, Jr. (*Pro Hac Vice* pending)
Robert S. Wood (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Telephone: (843) 727-6500
Facsimile:   (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

Stuart H. McCluer
McCULLEY McCLUER PLLC
1109 Van Buren Avenue
Oxford, MI  38655
Telephone:  (662) 236-1401
Facsimile:   (662) 368-1506
smccluer@mcculleymccluer.com

R. Bryant McCuley (*Pro Hac Vice* pending)
McCULLEY McCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL  32210

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (904) 482-4073
Facsimile:  (904) 239-5388
bmculley@mcculleymccluer.com

Attorneys for Plaintiff
STATE OF UTAH

1 **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____    _____
                                  Hon. Susan Illston
                                  United States District Judge

The case management conference has been continued to 2/11/11 @ 2:30 p.m.

**GENERAL ORDER 45 ATTESTATION**

I, Paul Flum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Oppose and Reply to McKesson's Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Jeff D. Friedman has concurred in this filing.

Dated: January 3, 2011  By:  /s/ Paul Flum
                              Paul Flum

                              Counsel for Defendant
                              MCKESSON CORPORATION