1 | MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
2 | JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
3 | LORI SCHECHTER (CA SBN 139728)
LSchechter@mofo.com
4 | PAUL FLUM (CA SBN 104424)
PaulFlum@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
7 | Facsimile: (415) 268-7522

8 | Attorneys for Defendant
McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH,<br><br>                    Plaintiff,<br><br>         v.<br><br>MCKESSON CORPORATION,<br><br>                    Defendant. | Case No.   CV-10-4743 SI<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND SETTING BRIEFING AND HEARING SCHEDULE REGARDING AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendant McKesson Corporation ("McKesson") and Plaintiff State of Utah ("Utah"), by and through their undersigned attorneys, stipulate and request a time modification as follows:

WHEREAS, on December 22, 2010, McKesson filed its motion to dismiss the Complaint in the above referenced matter (*see* Docket No. 14);

WHEREAS, on January 11, 2011, Utah filed an Amended Complaint (*see* Docket No. 19);

1    WHEREAS, the parties agree that the Amended Complaint moots McKesson's pending
2    motion to dismiss and that the hearing on McKesson's pending motion to dismiss currently
3    scheduled for February 11, 2011 at 9:00 a.m. should be taken off calendar;

4    WHEREAS, the parties desire to enter into an agreed briefing and hearing schedule
5    concerning McKesson's response to Utah's Amended Complaint;

6    WHEREAS, the Court previously re-scheduled the case management conference in this
7    action to coincide with the February 11, 2011 hearing date on McKesson's motion to dismiss the
8    Complaint (*see* Docket No. 18);

9    WHEREAS, the parties agree that it is in the interest of orderly case management to re-
10   schedule the case management conference in this action to coincide with the hearing date on
11   McKesson's motion to dismiss the Amended Complaint; and,

12   WHEREAS, pursuant to Local Rule 6-2(a)(2), the parties state that the only previous time
13   modifications in this action were: (1) the stipulated extension of time for McKesson to respond to
14   the original Complaint (*see* Docket No. 7); and (2) the stipulated modification of the time for
15   Utah to oppose McKesson's motion to dismiss the original Complaint and for McKesson to file
16   its reply brief in support of its motion to dismiss the original Complaint (*see* Docket No. 17),
17   which the Court granted by Order dated January 10, 2011 (*see* Docket No. 18);

18   NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY
19   STIPULATE AND AGREE, through their counsel of record, as follows:

20   1. McKesson HEREBY WITDHDRAWS its motion to dismiss Utah's original
21   Complaint (Docket No. 14);

22   2. The hearing on McKesson's motion to dismiss currently set for February 11, 2011 at
23   9:00 a.m. shall be taken off calendar;

24   3. McKesson shall have until February 11, 2011 to file its motion to dismiss Utah's
25   Amended Complaint;

26   4. Utah shall file its opposition to McKesson's motion to dismiss the Amended
27   Complaint on or before March 4, 2011;

28

1     5. McKesson shall file its reply in support of its motion to dismiss the Amended Complaint on or before March 18, 2011;

    6. The hearing on McKesson's motion to dismiss the Amended Complaint shall be held on April 8, 2011, at 9:00 a.m.; and,

    7. The case management conference currently scheduled for February 11, 2011 at 2:30 p.m. shall be rescheduled to April 8, 2011, at 2:30 p.m., to coincide with the hearing date on McKesson's motion to dismiss the Amended Complaint.

    IT IS SO STIPULATED.

Dated: January 18, 2011

MELVIN R. GOLDMAN
PAUL FLUM
LORI A. SCHECHTER
JAMES P. BENNETT
MORRISON & FOERSTER LLP

By: /s/ Paul Flum
     Paul Flum

425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
McKESSON CORPORATION

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 18, 2011 | JEFF. D. FRIEDMAN<br>HAGENS BERMAN SOBOL SHAPIRO LLP |

By:  /s/ Jeff D. Friedman
       Jeff D. Friedman

715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

Joseph W. Steele
STEELE & BIGGS, LLC
5664 South Green Street
Salt Lake City, UT  84123
Telephone:  (801) 266-0999
Facsimile:   (801) 266-1387
jwsteele5@att.net

James L. Ward, Jr. (*Pro Hac Vice* pending)
Robert S. Wood (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Telephone: (843) 727-6500
Facsimile:  (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

Stuart H. McCluer
McCULLEY McCLUER PLLC
1109 Van Buren Avenue
Oxford, MI  38655
Telephone:  (662) 236-1401
Facsimile:   (662) 368-1506
smccluer@mcculleymccluer.com

R. Bryant McCulley (*Pro Hac Vice* pending)
McCULLEY McCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL  32210

1
2
        Telephone:  (904) 482-4073
        Facsimile:   (904) 239-5388
        bmculley@mcculleymccluer.com

3        Attorneys for Plaintiff
        STATE OF UTAH

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. & [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE
CASE NO. CV-10-4743 SI
sf-2944456

5

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____     _____
                                 Hon. Susan Illston
                                 United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, Paul Flum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Withdrawing Motion to Dismiss and Setting Briefing Schedule Regarding Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Jeff D. Friedman has concurred in this filing.

Dated: January 18, 2011        By:   /s/ Paul Flum
                                      Paul Flum

                                      Counsel for Defendant
                                      MCKESSON CORPORATION