Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*Pro Hac Vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, | ) | No. CV-10-4743 SI |
| | ) | |
| Plaintiff, | ) | DECLARATION OF STEVE W. BERMAN IN SUPPORT OF THE STATE OF UTAH'S OPPOSITION TO MCKESSON'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| v. | ) | |
| MCKESSON CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | Hearing Date: April 8, 2011 |
| | ) | Time: 9:00 a.m. |
| | ) | Courtroom: 10, 19th Floor |
| | ) | The Honorable Susan Illston |
| | ) | Date Action Filed: Oct. 20, 2010 |

DECLARATION OF STEVE W. BERMAN –
Case No. CV-10-4743 SI

001821-27  428943 V1

I, Steve W. Berman, declare:

1. Attached hereto as Exhibit A is a true and correct copy of McKesson's third quarter 2009 10-Q Report (relevant pages only).

2. Attached hereto as Exhibit B is a true and correct copy of a January 31, 2011 McKesson Press Release (relevant pages only).

3. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Raymond S. Hartman, Impact and Cost Savings of the First Databank Settlement Agreement filed in *New England Carpenters v. First Databank*, No.: 1:05-cv-11148-PBS (D. Mass.) (Dkt. No. 157) (relevant pages only).

4. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Steve W. Berman in Support of Plaintiffs' Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Compensation to the Named Plaintiffs filed in *New England Carpenters v. First Databank*, No.: 1:05-cv-11148-PBS (D. Mass.) (Dkt. No. 762) (relevant pages only).

5. Attached hereto as Exhibit E is a true and correct copy of Douglas County Plaintiffs' Notice of Partial Withdrawal of Plaintiffs' Motion to Certify filed in *In re McKesson*, No.: 1:08-cv-10843-PBS (D. Mass.) (Dkt. No. 106).

6. Attached hereto as Exhibit F is a true and correct copy of McKesson's Memorandum in Support of Defendant McKesson Corporation's Motion to Dismiss Complaint filed in *New England Carpenters v. First Databank*, No.: 1:05-cv-11148-PBS (D. Mass.) (Dkt. No. 9) (relevant pages only).

7. Attached hereto as Exhibit G is a true and correct copy of a December 1, 2005 Order in *New England Carpenters v. First Databank*, No.: 1:05-cv-11148-PBS (D. Mass.) (Dkt. No. 27).

8. Attached hereto as Exhibit H is a true and correct copy of a March 18, 2008 electronic Order denying motion to dismiss in *New England Carpenters v. First Databank*, No.: 1:05-cv-11148-PBS (D. Mass.).

9. Attached hereto as Exhibit I is a true and correct copy of a Memorandum and Order dated March 4, 2011 in *In re McKesson*, No.1:08-cv-10843-PBS (D. Mass.).

DECLARATION OF STEVE W. BERMAN – Case No. CV-10-4743 SI – 1

001821-27  428943 V1

1     I declare, under penalty of perjury of the laws of the United States, that the foregoing is true
2 and correct to the best of my knowledge.
3     Executed this 4th day of March, 2011 in Seattle, Washington.

                                                                                                        Steve W. Berman

DECLARATION OF STEVE W. BERMAN – Case No. CV-10-4743 SI – 2

001821-27 428943 V1