IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF UTAH,   No. C 10-04743 SI

    Plaintiff,   **ORDER**

v.

MCKESSON CORP,

    Defendant.
                                                         /

       Defendant McKesson Corp. has filed motion to dismiss plaintiff's First Amended Complaint. A hearing on the motion is scheduled for Friday, April 8, 2011. At the hearing, the parties should be prepared to discuss whether this case is related to *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, MDL-1456, currently pending before the District Court of Massachusetts.

**IT IS SO ORDERED.**

Dated: April 5, 2011

SUSAN ILLSTON
United States District Judge