United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF UTAH, | No. C 10-04743 SI |
| Plaintiff, | **ORDER REFERRING CASE TO THE MULTIDISTRICT LITIGATION PANEL** |
| v. | |
| McKESSON CORP., | |
| Defendant. | |

This case is hereby referred to the United States Judicial Panel on Multidistrict Litigation to determine whether it should be related to MDL-1456, *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*, currently pending before the Honorable Patti B. Saris in the United States District Court for the District of Massachusetts.

**IT IS SO ORDERED.**

Dated: April 18, 2011

SUSAN ILLSTON
United States District Judge