MELVIN R. GOLDMAN (CA SBN 34097)
MGoldman@mofo.com
JAMES P. BENNETT (CA SBN 65179)
JBennett@mofo.com
LORI A. SCHECHTER (CA SBN 139728)
LSchechter@mofo.com
PAUL FLUM (CA SBN 104424)
PaulFlum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STATE OF UTAH,

Plaintiff,

v.

MCKESSON CORPORATION,

Defendant.

Case No. CV-10-4743 SI

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

CMC Date: May 13, 2011
Time: 2:30 p.m.
Courtroom 10, 19th Floor
The Honorable Susan Illston

Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendant McKesson Corporation ("McKesson") and Plaintiff State of Utah ("Utah"), by and through their undersigned attorneys, stipulate and request a time modification as follows:

WHEREAS, on April 18, 2011, this Court issued an Order referring this case to the United States Judicial Panel on Multidistrict Litigation ("JPML") (*see* Docket No. 41);

WHEREAS, on May 10, 2011, the JPML issued a briefing schedule;

WHEREAS, the parties agree that it is in the interest of orderly case management and economy to continue the upcoming case management conference before this Court, currently scheduled for Friday, May 13, 2011, pending final action by the JPML;

WHEREAS, the parties believe that four weeks will allow the JPML sufficient time to take final action, and therefore request that the case management conference be rescheduled for a date on or around June 10, 2011, at the convenience of the Court;

WHEREAS, pursuant to Local Rule 6-2(a)(2), the parties state that the only previous time modifications in this action were: (1) the stipulated extension of time for McKesson to respond to the original Complaint (*see* Docket No. 7); (2) the stipulated modification of the time for Utah to oppose McKesson's motion to dismiss the original Complaint and for McKesson to file its reply brief in support of its motion to dismiss the original Complaint (*see* Docket No. 17), which the Court granted by Order dated January 10, 2011 (*see* Docket No. 18); (3) the stipulated rescheduling of a case management conference to coincide with a hearing date on McKesson's motion to dismiss the Amended Complaint (*see* Docket No. 20), which the Court granted by Order dated January 20, 2011 and thereafter modified on January 24, 2011(*see* Docket No. 21).

NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY STIPULATE AND AGREE, through their counsel of record, as follows:

The case management conference currently scheduled for May 13, 2011 at 2:30 p.m. shall be rescheduled to June 10, 2011 at 2:30 p.m., or to a time of the Court's choosing.

IT IS SO STIPULATED.

Dated: May 10, 2011

MELVIN R. GOLDMAN
PAUL FLUM
LORI A. SCHECHTER
JAMES P. BENNETT
MORRISON & FOERSTER LLP

By: /s/ Paul Flum
Paul Flum

425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
McKESSON CORPORATION

Dated: May 10, 2011

JENNIFER F. CONNOLLY (*PRO HAC VICE*)
HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly

1628 K St. NW, Suite 300
Washington, DC 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

Joseph W. Steele
STEELE & BIGGS, LLC
5664 South Green Street
Salt Lake City, UT 84123
Telephone: (801) 266-0999
Facsimile: (801) 266-1387
jwsteele5@att.net

James L. Ward, Jr. (*Pro Hac Vice* pending)
Robert S. Wood (*Pro Hac Vice*)
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465
Telephone: (843) 727-6500
Facsimile: (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

Stuart H. McCluer
McCULLEY McCLUER PLLC
1109 Van Buren Avenue
Oxford, MI 38655
Telephone: (662) 236-1401
Facsimile: (662) 368-1506
smccluer@mcculleymccluer.com

R. Bryant McCulley (*Pro Hac Vice* pending)
McCULLEY McCLUER PLLC
One Independent Drive, Suite 3201
Jacksonville, FL 32210
Telephone: (904) 482-4073
Facsimile: (904) 239-5388
bmculley@mcculleymccluer.com

Attorneys for Plaintiff
STATE OF UTAH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/13/11

Hon. Susan Illston
United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, Paul Flum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Withdrawing Motion to Dismiss and Setting Briefing Schedule Regarding Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Jennifer Connolly has concurred in this filing.

Dated: May 10, 2011                    By:    /s/ Paul Flum
                                               Paul Flum

                                               Counsel for Defendant
                                               MCKESSON CORPORATION