IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTAH STATE OF,<br><br>    Plaintiff,<br><br> v.<br><br>MCKESSON CORP,<br><br>    Defendant.<br>                / | No. C 10-04743 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 13, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 5, 2012.

DESIGNATION OF EXPERTS: 10/15/12; REBUTTAL: 10/31/12.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 20, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by August 3, 2012;

 Opp. Due August 17, 2012; Reply Due August 24, 2012;

 and set for hearing no later than September 7, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 9, 2012 at 3:30 PM.

JURY TRIAL DATE: October 22, 2012 at 8:30 AM.,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel have agreed to participate in an ADR procedure prior to the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/10/12

                    SUSAN ILLSTON
                    United States District Judge