IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF UTAH,　　　　　　　　　　　　No. C 10-04743 SI

　　　　　Plaintiff,　　　　　　　　　　　　　**SECOND (amended)**

　v.　　　　　　　　　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**

MCKESSON CORP,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　／

　　　It is hereby ORDERED pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **April 13, 2012** at **3:00 p.m.**
Counsel must file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: n.a Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is **October 5, 2012.**

DESIGNATION OF EXPERTS: **10/15/12**; REBUTTAL: **10/31/12**.
Parties SHALL conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is **November 16, 2012.**

DISPOSITIVE MOTIONS SHALL be filed by **November 30, 2012**;

　　　Opp. Due **December 14, 2012**; Reply Due **December 21, 2012**;

　　　and set for hearing no later than **January 18, 2013** at **9:00 a.m.**

PRETRIAL CONFERENCE DATE: **February 26, 2013** at **3:30 p.m.**

JURY TRIAL DATE: **March 11, 2013** at **8:30 a.m.**,

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel have agreed to participate in an ADR procedure prior to the next case management conference.

Dated: 4/18/12

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge