Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Barbara Mahoney (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

*Attorneys for Plaintiff*
*The State of Utah*

[*Additional Counsel Listed on*
*Signature Page.*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH,<br><br>                              Plaintiff,<br><br>        v.<br><br>MCKESSON CORPORATION,<br><br>                              Defendant. | Case No. CV-10-4743 SI<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MOVE CASE<br>MANAGEMENT CONFERENCE |
| THE COMMONWEALTH OF VIRGINIA,<br><br>                              Plaintiff,<br><br>        v.<br><br>MCKESSON CORPORATION, ROBERT<br>JAMES, AND GREG STEPHEN YONKO,<br><br>                              Defendants. | Case No. CV-11-02782 SI |

[*Caption continued on next page*]

1    STATE OF OREGON,                              Case No. CV-11-5384-SI

2                               Plaintiff,

3           v.

4    MCKESSON CORPORATION,

5                               Defendant.

1    Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendant

2  McKesson Corporation ("McKesson") and Plaintiffs State of Utah, Commonwealth of Virginia,

3  and State of Oregon, by and through their undersigned attorneys, stipulate and request a time

4  modification as follows:

5    WHEREAS, the parties have scheduled a joint mediation session on July 24, 2012;

6    WHEREAS, the parties have conferred and agree that it is in the interest of orderly case

7  management and economy to continue the upcoming joint case management conference before this

8  Court, currently scheduled for Friday, July 13, 2012.

9    WHEREAS, pursuant to Local Rule 6-2(a)(2), the parties state that the defendant and the

10  State of Oregon previously stipulated to move their February 17, 2012 case management

11  conference to a later date and on its own accord the Court rescheduled the April 13, 2012 joint case

12  management conferences of all the parties by one week.   Defendant also stipulated with the State

13  of Utah to be allowed additional time to respond to the complaint.

14    NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY

15  STIPULATE AND AGREE, through their counsel of record, as follows:

16    The case management conference currently scheduled for July 13, 2012 at 3:00 p.m. shall

17  be rescheduled to August 17, 2012 at 3:00 p.m., or to a time of the Court's choosing.

18    IT IS SO STIPULATED.

19

20  DATED:  May 14, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

21

22                                         By   **/s/** Steve W. Berman
                                                STEVE W. BERMAN

23                                         Barbara A. Mahoney (*pro hac vice*)
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
24                                         1918 Eighth Avenue, Suite 3300
                                           Seattle, WA  98101
25                                         Telephone:  (206) 623-7292
                                           Facsimile:   (206) 623-0594
26                                         steve@hbsslaw.com
                                           barbaram@hbsslaw.com

27

28

1                  Jeff D. Friedman (173886)
                    HAGENS BERMAN SOBOL SHAPIRO LLP

2                  715 Hearst Avenue, Suite 202
                    Berkeley, CA  94710

3                  Telephone:  (510) 725-3000
                    Facsimile:  (510) 725-3001

4                  jefff@hbsslaw.com

5                  *Counsel for Plaintiffs*

6                  Joseph W. Steele
                    STEELE & BIGGS, LLC

7                  5664 South Green Street
                    Salt Lake City, UT  84123

8                  Telephone:  (801) 266-0999
                    Facsimile:  (801) 266-1387

9                  jwsteele5@att.net
                    James L. Ward, Jr. (*pro hac vice*)

10                 Robert S. Wood (*pro hac vice*)
                   RICHARDSON PATRICK WESTBROOK &

11                 BRICKMAN, LLC
                   P.O. Box 1007

12                 Mt. Pleasant, SC  29465
                   Telephone:  (843) 727-6500

13                 Facsimile:  (843) 216-6509
                   jward@rpwb.com

14                 bwood@rpwb.com

15                 Stuart H. McCluer
                   McCULLEY McCLUER PLLC

16                 1109 Van Buren Avenue
                   Oxford, MI  38655

17                 Telephone:  (662) 236-1401
                   Facsimile:  (662) 368-1506

18                 smccluer@mcculleymccluer.com

19                 *Counsel for the State of Utah*

20                 Lelia P. Winget-Hernandez (*pro hac vice*)
                   Assistant Attorney General

21                 VIRGINIA OFFICE OF THE ATTORNEY
                   GENERAL

22                 900 East Main Street
                   Richmond, Virginia  23219

23                 Telephone:  (804) 786-1584
                   Facsimile:  (804) 786-0807

24                 LWinget-Hernandez@oag.state.va.us
                   *Counsel for the Commonwealth of Virginia*

25

26                 John Kroger, Attorney General
                   Oregon Department of Justice

27                 Rodney Hopkinson
                   Elizabeth A. Ballard

28                 Sheen Wu
                   Medicaid Fraud Unit

1
                            Attorney General/Department of Justice
                            1515 SW Fifth Avenue, Suite 410

2
                            Portland, OR 97201
                            Telephone:  (971) 673-1926

3
                            Fax: (971) 673-1890
                            Rodney.Hopkinson@doj.state.or.us

4
                            elizabeth.a.ballard@doj.state.or.us
                            sheen.wu@doj.state.or.us

5

6
                            *Counsel for the State of Oregon*

7
DATED:  May 11, 2012           MORRISON & FOERSTER LLP

8
                          By:  /s/ Paul Flum
                               PAUL FLUM

9
                            MELVIN R. GOLDMAN

10
                            JAMES P. BENNETT
                            PAUL FLUM

11
                            425 Market Street
                            San Francisco, California  94105-2482

12
                            Telephone:  415.268.7000
                            Facsimile:  415.268.7522

13
                            MGoldman@mofo.com
                            JBennett@mofo.com

14
                            PaulFlum@mofo.com

15
                            *Attorneys for Defendants*
                            MCKESSON CORPORATION,

16
                            ROBERT JAMES, and
                            GREG STEPHEN YONKO

17

18
    I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

19
Parties' Stipulation and [Proposed] Order to Move Case Management Conference.  In compliance
with General Order 45, X.B., I hereby attest that Paul Flum has concurred in this filing.

20

21
                            /s/ Steve W. Berman
                            STEVE W. BERMAN

22
                         *   *   *

23
                      **[PROPOSED] ORDER**

24
    PURSUANT TO STIPULATION, IT IS SO ORDERED.

25
Dated:____ 5/16/12 _____

26

27
                      _____
                      HON. SUSAN ILLSTON
                      UNITED STATES DISTRICT JUDGE

28

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on May 14, 2012, I electronically filed the foregoing document using

3

the CM/ECF system which will send notification of such filing to the e-mail addresses registered in

4

the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have

5

caused to be mailed a paper copy of the foregoing document via the United States Postal Service to

6

the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF

7

system.

8

                                        _____/s/ Steve W. Berman_____

9

                                         STEVE W. BERMAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28