Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Barbara Mahoney (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

*Attorneys for Plaintiff
The State of Utah*

[*Additional Counsel Listed on Signature Page.*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF UTAH,<br><br>          Plaintiff,<br><br>   v.<br><br>MCKESSON CORPORATION,<br><br>          Defendant. | Case No. CV-10-4743 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MOVE CASE MANAGEMENT CONFERENCE |
| THE COMMONWEALTH OF VIRGINIA,<br><br>          Plaintiff,<br><br>   v.<br><br>MCKESSON CORPORATION, ROBERT JAMES, AND GREG STEPHEN YONKO,<br><br>          Defendants. | Case No. CV-11-02782 SI |

[*Caption continued on next page*]

| | |
|---|---|
| STATE OF OREGON, | Case No. CV-11-5384-SI |
| Plaintiff, | |
| v. | |
| MCKESSON CORPORATION, | |
| Defendant. | |

STIP. TO MOVE CASE MGMT. CONFERENCE -
No. CV 10-4743 SI; No. CV-11-02782 SI; No. CV-11-5384-SI

001821-27 520094 V1

1    Pursuant to Civil Local Rule 6-2 for the Northern District of California, Defendant
2    McKesson Corporation ("McKesson") and Plaintiffs State of Utah, Commonwealth of Virginia,
3    and State of Oregon, by and through their undersigned attorneys, stipulate and request a time
4    modification as follows:
5        WHEREAS, the parties have scheduled a joint mediation session on July 24, 2012;
6        WHEREAS, the parties have conferred and agree that it is in the interest of orderly case
7    management and economy to continue the upcoming joint case management conference before this
8    Court, currently scheduled for Friday, July 13, 2012.
9        WHEREAS, pursuant to Local Rule 6-2(a)(2), the parties state that the defendant and the
10   State of Oregon previously stipulated to move their February 17, 2012 case management
11   conference to a later date and on its own accord the Court rescheduled the April 13, 2012 joint case
12   management conferences of all the parties by one week.   Defendant also stipulated with the State
13   of Utah to be allowed additional time to respond to the complaint.
14       NOW THEREFORE, SUBJECT TO COURT APPROVAL, THE PARTIES HEREBY
15   STIPULATE AND AGREE, through their counsel of record, as follows:
16       The case management conference currently scheduled for July 13, 2012 at 3:00 p.m. shall
17   be rescheduled to August 17, 2012 at 3:00 p.m., or to a time of the Court's choosing.
18       IT IS SO STIPULATED.
19
20   DATED: May 14, 2012                HAGENS BERMAN SOBOL SHAPIRO LLP
21
22                                     By      /s/ Steve W. Berman
                                              STEVE W. BERMAN
23
                                       Barbara A. Mahoney (*pro hac vice*)
24                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1918 Eighth Avenue, Suite 3300
                                       Seattle, WA  98101
25                                     Telephone:  (206) 623-7292
                                       Facsimile:   (206) 623-0594
26                                     steve@hbsslaw.com
                                       barbaram@hbsslaw.com
27
28

STIP.  TO MOVE CASE MGMT. CONFERENCE -           - 1 -
No. CV 10-4743 SI; No. CV-11-02782 SI; No. CV-11-5384-SI

001821-27 520094 V1

| | |
|---|---|
| 1 | Jeff D. Friedman (173886) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA  94710 |
| 3 | Telephone:  (510) 725-3000 |
| | Facsimile:   (510) 725-3001 |
| 4 | jefff@hbsslaw.com |

*Counsel for Plaintiffs*

Joseph W. Steele
STEELE & BIGGS, LLC
5664 South Green Street
Salt Lake City, UT  84123
Telephone:  (801) 266-0999
Facsimile:   (801) 266-1387
jwsteele5@att.net
James L. Ward, Jr. (*pro hac vice*)
Robert S. Wood (*pro hac vice*)
RICHARDSON PATRICK WESTBROOK &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, SC  29465
Telephone:  (843) 727-6500
Facsimile:   (843) 216-6509
jward@rpwb.com
bwood@rpwb.com

Stuart H. McCluer
McCULLEY McCLUER PLLC
1109 Van Buren Avenue
Oxford, MI  38655
Telephone:  (662) 236-1401
Facsimile:   (662) 368-1506
smccluer@mcculleymccluer.com

*Counsel for the State of Utah*

Lelia P. Winget-Hernandez (*pro hac vice*)
Assistant Attorney General
VIRGINIA OFFICE OF THE ATTORNEY
GENERAL
900 East Main Street
Richmond, Virginia  23219
Telephone:  (804) 786-1584
Facsimile:  (804) 786-0807
LWinget-Hernandez@oag.state.va.us
*Counsel for the Commonwealth of Virginia*

John Kroger, Attorney General
Oregon Department of Justice
Rodney Hopkinson
Elizabeth A. Ballard
Sheen Wu
Medicaid Fraud Unit

|     |     |
| --- | --- |
| 1   | Attorney General/Department of Justice |
| 2   | 1515 SW Fifth Avenue, Suite 410 |
|     | Portland, OR 97201 |
| 3   | Telephone: (971) 673-1926 |
|     | Fax: (971) 673-1890 |
| 4   | Rodney.Hopkinson@doj.state.or.us |
|     | elizabeth.a.ballard@doj.state.or.us |
| 5   | sheen.wu@doj.state.or.us |

*Counsel for the State of Oregon*

DATED: May 11, 2012         MORRISON & FOERSTER LLP

By:  /s/ Paul Flum
        PAUL FLUM

MELVIN R. GOLDMAN
JAMES P. BENNETT
PAUL FLUM
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
MGoldman@mofo.com
JBennett@mofo.com
PaulFlum@mofo.com

*Attorneys for Defendants*
MCKESSON CORPORATION,
ROBERT JAMES, and
GREG STEPHEN YONKO

    I, Steve W. Berman, am the ECF User whose ID and password are being used to file this Parties' Stipulation and [Proposed] Order to Move Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Paul Flum has concurred in this filing.

           /s/ Steve W. Berman
           STEVE W. BERMAN

*  *  *

### [PROPOSED] ORDER

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/16/12

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIP. TO MOVE CASE MGMT. CONFERENCE -         - 3 -
No. CV 10-4743 SI; No. CV-11-02782 SI; No. CV-11-5384-SI

001821-27 520094 V1

- 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

       /s/ Steve W. Berman       
STEVE W. BERMAN

STIP. TO MOVE CASE MGMT. CONFERENCE -
No. CV 10-4743 SI; No. CV-11-02782 SI; No. CV-11-5384-SI

001821-27 520094 V1