1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA  94710
3  Telephone:  (510) 725-3000
   Facsimile:  (510) 725-3001
4  jefff@hbsslaw.com

5  Steve W. Berman (*pro hac vice*)
   Barbara Mahoney (*pro hac vice*)
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
7  Seattle, WA  98101
   Telephone:  (206) 623-7292
8  Facsimile:  (206) 623-0594
   steve@hbsslaw.com
9  barbaram@hbsslaw.com

10 Counsel for Plaintiff

11 [*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, | ) | No. CV-10-4743 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| MCKESSON CORPORATION, | ) | |
| | ) | DATE ACTION FILED: Oct. 20, 2010 |
| Defendant. | ) | |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1),
2  Plaintiff State of Utah and Defendant McKesson Corporation hereby stipulate to the dismissal of
3  the State of Utah's claims in this action with prejudice, and with each party to bear its own costs.

5  DATED: September 7, 2012

6  THE STATE OF UTAH                               MCKESSON CORPORATION

8  By:     /s/ Steve W. Berman                    By:     /s/ Paul Flum
         Steve W. Berman (*pro hac vice*)                  Paul Flum

9  Barbara A. Mahoney (*pro hac vice*)            Melvin R. Goldman
   Hagens Berman Sobol Shapiro LLP                James P. Bennett
10 1918 Eighth Avenue, Suite 3300                 Morrison & Foerster LLP
   Seattle, WA  98101                             425 Market Street
11 Telephone: (206) 623-7292                      San Francisco, CA 94105-2482
   Facsimile:  (206) 623-0594                    Telephone: (415) 268-7000
12 steve@hbsslaw.com                              Facsimile: (415) 268-7522
   barbaram@hbsslaw.com                           pflum@mofo.com
13                                                mgoldman@mofo.com
   Jeff D. Friedman (173886)                      jbennett@mofo.com
14 Hagens Berman Sobol Shaprio LLP
   715 Hearst Avenue, Suite 202                   Counsel for Defendant McKesson
15 Berkeley, CA  94710                            Corporation
   Telephone: (510) 725-3000
16 Facsimile:  (510) 725-3001
   jefff@hbsslaw.com

18 James L. Ward, Jr. (*pro hac vice*)
   Robert S. Wood (*pro hac vice*)
19 Richardson, Patrick, Westbrook &
   Brickman LLC
20 1037 Chuck Dawley Blvd., Bldg. A
   Mt. Pleasant, SC 29464
21 Telephone: (843) 727-6500
   Facsimile:  (843) 216-6509
   jward@rpwb.com
22 bwood@rpwb.com

23 Joseph W. Steele
   Steele & Biggs, LLC
24 5664 South Green Street
   Salt Lake City, UT  84123
25 Telephone: (801) 266-0999
   Facsimile:  (801) 266-1387
26 jwsteele5@att.net

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL – Case No. CV-10-4743 SI    - 1 -

001821.27  550591 V1

| | |
|---|---|
| 1 | Stuart H. McCluer |
|   | McCulley McCluer PLLC |
| 2 | 1109 Van Buren Avenue |
|   | Oxford, MI  38655 |
| 3 | Telephone:  (662) 236-1401 |
|   | Facsimile:   (662) 368-1506 |
| 4 | smccluer@mcculleymccluer.com |
| 5 | R. Bryant McCulley |
|   | McCulley McCluer PLLC |
| 6 | One Independent Drive, Suite 3201 |
|   | Jacksonville, FL  32210 |
| 7 | Telephone:  (904) 482-4073 |
|   | Facsimile:   (904) 239-5388 |
| 8 | bmculley@mcculleymccluer.com |
| 9 | Counsel for Plaintiff State of Utah |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION OF DISMISSAL – Case No. CV-10-4743 SI         - 2 -

001821.27  550591 V1

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 7, 2012, I electronically filed the foregoing document |
| 3 | using the CM/ECF system which will send notification of such filing to the e-mail addresses |
| 4 | registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby |
| 5 | certify that I have caused to be mailed a paper copy of the foregoing document via the United |
| 6 | States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List |
| 7 | generated by the CM/ECF system. |

                                                                         s/ Steve W. Berman
                                                                         STEVE W. BERMAN