Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Barbara Mahoney (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

Counsel for Plaintiff

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, | ) | No. CV-10-4743 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| MCKESSON CORPORATION, | ) | |
| | ) | DATE ACTION FILED: Oct. 20, 2010 |
| Defendant. | ) | |

001821-27  550591 V1

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1),

2  Plaintiff State of Utah and Defendant McKesson Corporation hereby stipulate to the dismissal of

3  the State of Utah's claims in this action with prejudice, and with each party to bear its own costs.

4

5  DATED:  September 7, 2012

6  THE STATE OF UTAH                                              MCKESSON CORPORATION

7
   By:___/s/ Steve W. Berman_____              By:_____/s/ Paul Flum_____ _
8      Steve W. Berman (*pro hac vice*)                             Paul Flum

9  Barbara A. Mahoney (*pro hac vice*)                 Melvin R. Goldman
   Hagens Berman Sobol Shapiro LLP                    James P. Bennett
10 1918 Eighth Avenue, Suite 3300                     Morrison & Foerster LLP
   Seattle, WA  98101                                 425 Market Street
11 Telephone:  (206) 623-7292                         San Francisco, CA 94105-2482
   Facsimile:   (206) 623-0594                        Telephone: (415) 268-7000
12 steve@hbsslaw.com                                  Facsimile: (415) 268-7522
   barbaram@hbsslaw.com                               pflum@mofo.com
13                                                    mgoldman@mofo.com
   Jeff D. Friedman (173886)                          jbennett@mofo.com
14 Hagens Berman Sobol Shaprio LLP
   715 Hearst Avenue, Suite 202                       Counsel for Defendant McKesson
15 Berkeley, CA  94710                                Corporation
   Telephone:  (510) 725-3000
16 Facsimile:   (510) 725-3001
   jefff@hbsslaw.com
17
   James L. Ward, Jr. (*pro hac vice*)
18 Robert S. Wood (*pro hac vice*)
   Richardson, Patrick, Westbrook &
19 Brickman LLC
   1037 Chuck Dawley Blvd., Bldg. A
20 Mt. Pleasant, SC 29464
   Telephone:  (843) 727-6500
21 Facsimile:   (843) 216-6509
   jward@rpwb.com
22 bwood@rpwb.com

23 Joseph W. Steele
   Steele & Biggs, LLC
24 5664 South Green Street
   Salt Lake City, UT  84123
25 Telephone:  (801) 266-0999
   Facsimile:   (801) 266-1387
26 jwsteele5@att.net

27

28

STIPULATION OF DISMISSAL – Case No. CV-10-4743 SI     - 1 -

001821.27 550591 V1

*IT IS SO ORDERED*
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | Stuart H. McCluer |
|   | McCulley McCluer PLLC |
| 2 | 1109 Van Buren Avenue |
|   | Oxford, MI  38655 |
| 3 | Telephone:  (662) 236-1401 |
|   | Facsimile:   (662) 368-1506 |
| 4 | smccluer@mcculleymccluer.com |
| 5 | R. Bryant McCulley |
|   | McCulley McCluer PLLC |
| 6 | One Independent Drive, Suite 3201 |
|   | Jacksonville, FL  32210 |
| 7 | Telephone:  (904) 482-4073 |
|   | Facsimile:   (904) 239-5388 |
| 8 | bmculley@mcculleymccluer.com |
| 9 | Counsel for Plaintiff State of Utah |

STIPULATION OF DISMISSAL – Case No. CV-10-4743 SI   - 2 -

001821.27  550591 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                          s/ Steve W. Berman
                                                        STEVE W. BERMAN